MHN

April 19, 2010

From: Plaintiff

Mesue Jackson
168 Heritage Lane
Streamwood, IL 60107
Phone: 847-893-6565
Email: jacksonmesue@yahoo.com

10cv1988

**FILED**
APR 2 3 2010
4-23-2010
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Attention: Office of the Clerk
To: United States District Court
Northern District of Illinois – Eastern Division
United States Courthouse
219 South Dearborn Street – Room 2010
Chicago, IL 60604

Re: Jackson v. Chicago-Kent College of Law

USDC No: 10-cv-1988


Dear Judge Samuel Der-Yeghiayan:

On April 13, 2010, you denied my petition to proceed <u>in forma pauperis</u>, and stated that I had (15) days from April 14, 2010 to pay the filing of complaint fee of $350.00 or else my case will not be filed. I would like to respectfully request a "motion to appeal" your original decision, as I am financially limited, due to being disabled, and living off of a small income of $893 a month from Social Security Disability (SSDI), in which, I have to pay rent, and all utilities which is barely enough to survive from (my only source of income). Therefore, if you could reconsider your prior decision (denial) and overturn your decision and let me file this case without having to pay the $350.00 filing fee, I would be so grateful and appreciative of your generosity. Additionally, it would be very helpful if I had some help with legal representation in helping me pursue what I feel was an injustice.

Thanks Kindly,

Mesue Jackson

I have attached a copy of my income statement

*** REC 2010098   171136 HA8F07E0 ANMC   CIPQYAD   PQAD     (F-ANM )   ***

SOCIAL SECURITY ADMINISTRATION

```
                                        Date: April 8, 2010
                                        Claim Number: ▮▮▮▮-9625A
                                                      ▮▮▮▮-9625DI
```

MESUE JACKSON
168 HERITAGE LANE
STREAMWOOD IL 60107-2414

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

Information About Current Social Security Benefits

   Beginning December 2009, the full monthly
   Social Security benefit before any deductions is......$ 990.30

   We deduct $96.50 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 893.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third of each month.

Information About Past Social Security Benefits

   From June 2009 to November 2009, the full monthly
   Social Security benefit before any
   deductions was.................................................$ 990.30

   We deducted $96.40 for medical insurance premiums each month.

   The regular monthly Social Security payment was.......$ 893.00
   (We must round down to the whole dollar.)

Date of Birth Information

   The date of birth shown on our records is November 3, 1971.