IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MESUE JACKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 10 C 1988 |
| ) | |
| CHICAGO-KENT COLLEGE OF LAW, ) | Judge Samuel Der-Yeghiayan |
| ) | Magistrate Judge Michael Mason |
| Defendant. ) | |

**PLAINTIFF'S COUNSEL'S MOTION FOR RELIEF FROM
ORDER OF APPOINTMENT AND
PLAINTIFF'S MOTION FOR APPOINTMENT OF NEW COUNSEL**

Pursuant to Rule 83.38(a)(5) of the Local Rules of the United States District Court for the Northern District of Illinois, plaintiff's appointed counsel, José J. Behar ("Behar") of the law firm HUGHES SOCOL PIERS RESNICK & DYM, LTD., respectfully moves for an order of relief from appointment and the Court's permission to withdraw as plaintiff's counsel in the reference case. Pursuant to Rule 83.39 of the Local Rules of the United States District Court for the Northern District of Illinois, plaintiff Mesue Jackson moves for the appointment of new counsel to represent her in this action. In support of this motion, plaintiff's counsel states as follows:

1. On May 10, 2010, the Court appointed Behar to represent plaintiff Mesue Jackson, whose motion for leave to proceed *in forma pauperis* was granted on the same day.

2. Behar filed an appearance of behalf of plaintiff on May 11, 2010. *See* L.R. 83.37.

3. On May 18, 2010, Behar personally met with Ms. Jackson for two hours to discuss her legal claims against defendant Chicago-Kent College of Law. Behar and Ms. Jackson also discussed alternatives to litigation.

4. Since May 18, Behar has personally reviewed all of the written materials provided

to him by Ms. Jackson in support of her claims and has had additional telephone conferences with Ms. Jackson about her claims.

5. After fully discussing with Ms. Jackson the nature of her dispute with defendant and reviewing the documentation she provided, Behar is of the opinion that Ms. Jackson's legal claims "are not warranted under existing law and cannot be supported by good faith argument for extension, modification, or reversal of existing law." L.R. 83.38(a)(5).

6. Accordingly, Behar regretfully must seek an order from the Court to be relieved of his appointment to represent Ms. Jackson and asks to withdraw as plaintiff's counsel.

7. Behar has informed Ms. Jackson of his intent to withdraw as her counsel and has provided her with a copy of this motion and the accompanying Notice of Motion.

8. Ms. Jackson has requested that Behar ask the Court for the appointment of new counsel to represent her in this case. *See* L.R. 83.39.

WHEREFORE, plaintiff's counsel, José J. Behar of HUGHES SOCOL PIERS RESNICK & DYM, LTD., respectfully moves for the entry of an order by this Court relieving him of his appointment and permitting his withdrawal as counsel for plaintiff.[1]

FURTHERMORE, plaintiff Mesue Jackson requests appointment of new counsel.

---

[1] Although plaintiff's counsel is not seeking relief from the order of appointment on the grounds that he lacks the time to represent the party due to a temporary burden or other professional commitment, he has no objection if the Court wishes to include his name among the names selected for the next *pro bono* panel. *See* L.R. 83.38(a)(4) and 83.38(b).

Dated: June 4, 2010                                   Respectfully submitted,

                                                      /s/ José J. Behar
                                                      Attorney for Plaintiff

José J. Behar
HUGHES SOCOL PIERS RESNICK & DYM, LTD.
Three First National Plaza
70 W. Madison St.
Suite 4000
Chicago, IL 60602
312.580.0100