IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MESUE JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 10 CV 1988 |
| | ) | |
| CHICAGO-KENT COLLEGE OF LAW, | ) | Judge Samuel Der-Yeghiayan |
| | ) | Magistrate Judge Michael T. Mason |
| Defendant. | ) | |

**PLAINTIFF'S COUNSEL'S MOTION FOR RELIEF FROM
ORDER OF APPOINTMENT AND TO WITHDRAW**

Pursuant to Rule 83.38(a)(5) of the Local Rules of the United States District Court for the Northern District of Illinois, plaintiff's appointed counsel, Eric A. Sacks of the law firm of Jenner & Block LLP, respectfully moves for an order relieving him, and Jenner & Block LLP, of their appointment in this matter, and permitting Mr. Sacks, and Messrs. Ryan K. Harding and Marek H. Badyna, also of Jenner & Block LLP, to withdraw their appearances.  In support of this motion, Mr. Sacks states as follows:

1. On June 14, 2010, the Court appointed Eric A. Sacks of Jenner & Block LLP to represent plaintiff, Ms. Mesue Jackson in this matter.  Mr. Sacks is the second attorney the Court has appointed to represent Ms. Jackson in this case, with the Court having relieved the prior counsel of his appointment on June 9, 2010.

2. Upon appointment, Mr. Sacks promptly assembled a team of Jenner & Block LLP attorneys, including Messrs. Ryan K. Harding and Marek H. Badyna, to assist him in the representation of Ms. Jackson.

3. Mr. Sacks spoke to Ms. Jackson by phone on June 17, 2010.

4. On June 22, 2010, and as ordered by the Court, Mr. Sacks, together with Messrs. Harding and Badyna, met with Ms. Jackson for approximately 2 hours to discuss the facts and

plaintiff's legal claims against the defendant, Chicago-Kent College of Law. Messrs. Sacks, Harding, and Badyna also filed their appearances in this matter that day.

5. Since June 22, plaintiff's counsel has conducted a thorough investigation into plaintiff's claims. Counsel has reviewed and analyzed the written materials and other information provided by Ms. Jackson in support of her claims, conducted significant legal research pertaining to those claims, and conferred with other attorneys at the firm.

6. Based on that investigation, plaintiff's counsel is of the opinion that, upon the current record, Ms. Jackson's legal claims against Chicago-Kent College of Law "are not warranted under existing law and cannot be supported by good faith argument for extension, modification, or reversal of existing law." L.R. 83.38(a)(5).

7. Accordingly, Mr. Sacks regretfully must seek an order from the Court to relieve him, and Jenner & Block LLP, of their appointment to represent Ms. Jackson in this case, and to permit Messrs. Sacks, Harding and Badyna to withdraw their appearances.

8. Mr. Sacks has informed Ms. Jackson of counsel's intent to withdraw, provided her with a copy of this motion, and reviewed the motion with her.

WHEREFORE, plaintiff's counsel, Eric A. Sacks of Jenner & Block LLP, respectfully moves for the entry of an order by this Court relieving him, and Jenner & Block LLP, of their appointment to represent plaintiff, Mesue Jackson in this case, and permitting Mr. Sacks, and Messrs. Ryan K. Harding and Marek H. Badyna, also of Jenner & Block LLP, to withdraw their appearances.

Date:  July 9, 2010　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　By:  /s/ Eric A. Sacks
　　　　　　　　　　　　　　　　　　　　　　　　　　　　An Attorney for Plaintiff

　　　　　　　　　　　　　　　　　　　　　　　　　Eric A. Sacks
　　　　　　　　　　　　　　　　　　　　　　　　　Ryan K. Harding
　　　　　　　　　　　　　　　　　　　　　　　　　Marek H. Badyna
　　　　　　　　　　　　　　　　　　　　　　　　　JENNER & BLOCK LLP
　　　　　　　　　　　　　　　　　　　　　　　　　353 N. Clark Street
　　　　　　　　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　　　　　　　　Tel:  (312) 222-9350
　　　　　　　　　　　　　　　　　　　　　　　　　Fax: (312) 840-7201
　　　　　　　　　　　　　　　　　　　　　　　　　Email:  esacks@jenner.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　rharding@jenner.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　markbadyna@jenner.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2010, I caused a true and correct copy of the foregoing **Plaintiff's Counsel's Motion for Relief from Order of Appointment and to Withdraw** to be served upon plaintiff, Mesue Jackson via UPS overnight delivery and certified, postage prepaid U.S. mail, and to be served upon counsel of record in this matter via the CM/ECF system:

**Mesue Jackson**
168 Heritage Lane
Streamwood, IL 60107

**Terence Edward Flynn**
Flynn & Jones
19 S. LaSalle St.
Suite 1300
Chicago, IL 60603
(312) 346-1378
Email: terence.flynn.esq@gmail.com
Attorney for Defendant

_____/s/ Ryan K. Harding_____